■ PATRICK NICHOLS et al., Respondents, v AGWAY, INC., Doing Business as AGWAY ENERGY PRODUCTS, Appellant and Third-Party Plaintiff-Appellant. NORDYNE CORPORATION et al., Third-Party Defendants-Respondents. (Appeal No. 1.) [720 NYS2d 435] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; *see also,*

CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Steuben County, Bradstreet, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Pine, Wisner and Lawton, JJ.